KC **F I L E D**

SEP 1 2 2007  9-12-07

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| Plaintiff, | ) 07CV5156 |
| | ) JUDGE PALLMEYER |
| v. | ) MAGISTRATE JUDGE SCHENKIER |
| | ) |
| BUONA BEEF, INC. | ) **COMPLAINT** |
| | ) **JURY TRIAL DEMAND** |
| Defendant. | ) |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §

2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to

correct unlawful employment practices on the basis of sex, and to provide appropriate relief to a

class of employees who were adversely affected by such practices. Plaintiff, the United States

Equal Employment Opportunity Commission ("EEOC" or "Commission"), alleges that

Defendant Buona Beef, Inc. ("Buona Beef") discriminated against Jean Gardner ("Gardner") and

a class of female employees by subjecting them to discrimination and harassment because of

their sex. The Commission alleges that as a result of the sexual harassment of Gardner, the

conditions of her employment were made so intolerable that she was constructively discharged.

### JURISDICTION AND VENUE

1.      Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were and are now being

committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant Buona Beef has continuously been and is now doing business in the State of Illinois in various Chicago suburbs, and has continuously had at least fifteen (15) employees.

5.      At all relevant times, Defendant Buona Beef has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Gardner filed a charge with the Commission alleging violations of Title VII by Defendant Buona Beef. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least 2003, Defendant has engaged in unlawful employment practices at its stores in Illinois, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Such unlawful employment practices include, but are not limited to: subjecting Gardner and a class of female employees to discrimination and harassment because of their sex, and constructively discharging Gardner.

2

8.      The effect of the practices complained of in paragraph seven (7) above has been to deprive Gardner and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

9.      The unlawful employment practices complained of in paragraph seven (7) were and are intentional.

10.     The unlawful employment practices complained of in paragraph seven (7) above were and are done with malice or with reckless indifference to the federally protected rights of Gardner and a class of employees.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Buona Beef, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex;

B.      Order Defendant Buona Beef to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices;

C.      Order Defendant Buona Beef to make whole Gardner by providing appropriate back pay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.      Order Defendant Buona Beef to make whole Gardner and a class of female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial;

3

E.     Order Defendant Buona Beef to make whole Gardner and a class of female
employees by providing compensation for past and future non-pecuniary losses, including but
not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life and
humiliation, in amounts to be determined at trial;

F.     Order Defendant Buona Beef to pay Gardner and a class of female employees
punitive damages for its malicious and/or reckless conduct described above, in amounts to be
determined at trial;

G.     Grant such further relief as the Court deems necessary and proper in the public
interest; and

H.     Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.


Respectfully submitted,

RONALD S. COOPER
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 "L" Street, N.W.
Washington, D.C.  20507

4

John C. Hendrickson
Regional Attorney

Diane I. Smason
Supervisory Trial Attorney

Jeanne B. Szromba
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 353-7546

5